```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 63363
   MALCOLM R MILLS
   KIMBOLIST C MILLS                             CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-5017      SSN XXX-XX-2389

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/08/2005 and was confirmed 02/02/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 04/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED            4150.00       287.53        4150.00
AMERICREDIT FINANCIAL SV  UNSECURED          8952.54          .00        8952.54
COUNTRYWIDE HOME LOANS    CURRENT MORTG     17049.97          .00       17049.97
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE      8951.69          .00        8951.69
COUNTRYWIDE HOME LOANS    NOTICE ONLY      NOT FILED          .00             .00
ILLINOIS DEPT OF PUBLIC   FILED LATE        18227.12          .00             .00
ILLINOIS DEPT OF PUBLIC   PRIORITY         NOT FILED          .00             .00
ILLINOIS DEPT OF PUBLIC   FILED LATE        13962.23          .00             .00
ILLINOIS DEPT OF PUBLIC   PRIORITY         NOT FILED          .00             .00
CONSULTANTS IN CLINICAL   UNSECURED        NOT FILED          .00             .00
CONSULTANTS IN CLINICAL   UNSECURED        NOT FILED          .00             .00
CORAZON R BENIG MD        UNSECURED        NOT FILED          .00             .00
LITTLE CO MARY HOSPITAL   UNSECURED        NOT FILED          .00             .00
US DEPT OF EDUCATION      UNSECURED        NOT FILED          .00             .00
TIMOTHY K LIOU            DEBTOR ATTY        849.60                        849.60
TOM VAUGHN                TRUSTEE                                        2,433.55
DEBTOR REFUND             REFUND                                           501.10

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              43,175.98

PRIORITY                                        .00
SECURED                                   30,151.66
    INTEREST                                 287.53
UNSECURED                                  8,952.54
ADMINISTRATIVE                               849.60
TRUSTEE COMPENSATION                       2,433.55
DEBTOR REFUND                                501.10
                                       ---------------  ---------------

             PAGE  1 - CONTINUED ON NEXT PAGE
   CASE NO. 05 B 63363 MALCOLM R MILLS & KIMBOLIST C MILLS
```

```
TOTALS                              43,175.98           43,175.98
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 07/29/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```